MONMOUTH PLUMBING SUPPLY COMPANY, APPELLANT, v. ROMEO MacDONALD ET AL., RESPONDENTS.

Submitted February 13, 1931—Decided October 19, 1931.

For the appellant, *Charles F. Sexton.*

For the respondents, *Durant, Ivins & Carton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, LLOYD, BODINE, DALY, DONGES, VAN BUSKIRK, HETFIELD, JJ. 8.

*For reversal*—CASE, KAYS, DEAR, WELLS, JJ. 4.